IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-02129-LTB

MARGARET ILENE PULLEN,

      Plaintiff,

v.

SCOTT FISCHER, Sheriff,
STEPHEN HOLLAND, Deputy Sheriff,
REX SHAW, Sheriff,
LARRY ABRAHAMSON, D.A.,
KYLE FLINIAU, Deputy D.A.,
JAMES M. WOLFINBARGER, State Patrolman,
KAUP, 8th District Judge,
CINDY WILSON, Judge, Jackson County,
SALLI JOHNROE, Clerk,
BLAYNE BROWN, Bondsman,
JAMES BETTING, Accomplice,
ALL INDISPENSABLE PARTIES, Those of the country and state personnel syndicate
      who blindly did as these superiors insisted regardless of the truth in the matter,
      and
THE PRIVATE CORPORATE SHAREHOLDERS OF THE 'STATE' OF COLORADO,

      Defendants.

---

## JUDGMENT

---

      Pursuant to and in accordance with the Order of Dismissal entered by Lewis T.

Babcock, Senior District Judge, on September 20, 2012, it is hereby

      ORDERED that Judgment is entered in favor of Defendants and against Plaintiff.

      DATED at Denver, Colorado, this 20 day of September, 2012.

                   FOR THE COURT,

                   JEFFREY P. COLWELL, Clerk

By: s/L. Gianelli
Deputy Clerk